93 A.3d 804

**Gregory STOVER, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PA., Respondent.**

**No. 45 EM 2014.**

Supreme Court of Pennsylvania.

June 12, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of June, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DE-NIED.**